UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Trustees Of The Chicago Painters and Decorators Pension Welfare Savings Apprenticeship Scholarship and Joint Cooperation Trust Funds

           Plaintiff,

v.

Davis Allard Painting Company, et al.

           Defendant.

Case No.: 1:08–cv–01504

Honorable Ruben Castillo

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 17, 2008:

    MINUTE entry before Judge Honorable Ruben Castillo:After a careful review of this recently filed complaint and attached contract, the Court orders that defendants David Allard Painting Company and David Allard submit to an audit by Plaintiffs for the time period September 6, 2000 to the present to determine its full liability in this case. Plaintiffs should immediately proceed with service of the complaint and this order and fully exhaust all settlement possibilities for this case. Defendants will be given a full opportunity to contest liability or damages after the audit is completed. Defendants should timely answer or otherwise plead to the complaint. This case is hereby administratively dismissed without prejudice. The Court will retain jurisdiction to enforce this order and enter any appropriate final judgment.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.