AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, AND DEFERRED SAVINGS PLAN TRUST FUNDS

    Plaintiffs,

V.

DAVID ALLARD PAINTING COMPANY, A DISSOLVED ILLINOIS CORPORATION; AND DAVID ALLARD, INDIVIDUALLY AND D/B/A DAVID ALLARD PAINTING COMPANY,

    Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **08 C 1504**

DESIGNATED MAGISTRATE JUDGE: **JUDGE CASTILLO**
**MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

    DAVID ALLARD
    2413 ESSINGTON ROAD
    JOLIET, IL 60435

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DONALD D. SCHWARTZ
    JAMES R. ANDERSON
    ANTHONY B. SANDERS
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Cynthia Mercado* (signature)

(By) DEPUTY CLERK



March 13, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | MARCH 19, 2008 AT 8:00 PM |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

PERSONAL SERVICE TO DAVID ALLARD AT HIS RESIDENCE - 2413 ESSINGTON ROAD, JOLIET, IL 60431
HE CAN BE DESCRIBED AS A M/W, 52 YEARS OF AGE, GLASSES, GRAYING HAIR

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/19/08
               Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.