IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE CHICAGO PAINTERS AND )
DECORATORS PENSION FUND, et al,            )        08 C 1504
                                            )
                         Plaintiffs,        )
         vs.                                )        Judge Castillo
                                            )
DAVID ALLARD, individually and d/b/a        )        Magistrate Judge Ashman
DAVID ALLARD PAINTING COMPANY, a            )
putative Illinois corporation,              )
                                            )
                         Defendants.        )

### PLAINTIFF'S MOTION TO REINSTATE AND FOR ENTRY OF JUDGMENT IN A SUM CERTAIN

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, ANTHONY B. SANDERS, and ARNOLD AND KADJAN, move this Court to reinstate this action and enter judgment in favor of Plaintiffs and against the Defendants. In support of their Motion, the Plaintiffs state as follows:

1.       The defendants were personally served with the Summons and Complaint on March 19, 2008.

2.       More than twenty days have passed and the defendants have not served any responsive pleading.

3.       According to the Affidavit of Angela Gunder, the defendants owe the amount of $56,770.34, based on contribution reports for the period from September 1, 2007 through February, 2008 including liquidated damages  that were prepared and submitted by defendants but which remains unpaid.

4.       According to the Affidavit of Olga Kane, attached hereto as Exhibit 2, the

defendants owed the amount of $38,964.26 as the balance due on an installment note for

contributions and other charges owed for the period through May, 2006.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A.    Enter final  judgment on Count I of the Complaint in favor of Plaintiffs and

against defendants in the amount of $56,770.34.

B.    Enter final judgment on Count II of the Complaint in favor of Plaintiffs and

against defendants in the amount of $38,964.26. (A proposed order is attached as Exhibit 3).

Respectfully submitted,

S/ James R. Anderson

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415

Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE CHICAGO PAINTERS
AND DECORATORS PENSION FUND, et al.

                   Plaintiffs,

vs.

DAVID ALLARD, Individually and d/b/a
DAVID ALLARD PAINTING COMPANY, a
putative Illinois corporation.

                   Defendants.

08 C 1504

Judge Castillo

## AFFIDAVIT OF ANGELA GUNDER

ANGELA GUNDER, upon being first duly sworn on oath, deposes and states as follows:

1.     I am an employee of OBA MIDWEST, LTD, which is the Third-Party Administrator for the Plaintiffs, Trustees of the Chicago Painters and Decorators Funds.

2.     As part of my duties, I monitor the submission and payment of monthly remittance reports from employers that are signatory to a contract with the Painters' District Council No. 14, and that are required to remit monthly contributions to the Funds.

3.     According to records maintained in the ordinary course of business, the employer DAVID ALLARD PAINTING. became signatory to the Collective Bargaining Agreement on or about September 6, 2000.

4.     DAVID ALLARD PAINTING submitted reports to fund attorneys for the work months of September, 2007 through February, 2008. The total amount owed on those reports is $54,440.46. as set forth below, copies of reports attached as Exhibit A.

| Month | Contributions lpc | | dues | Total |
|-------|------------------|------|------|-------|
| 09/07 | 1,126.08 | 3.60 | 50.97 | 1,180.65 (for 72 hours not on original rpt) |
| 10/07 | 15,952.80 | 51.00 | 722.16 | 16,725.96 |
| 11/07 | 11,980.24 | 38.30 | 542.33 | 12,560.87 |
| 12/07 | 8,038.86 | 25.70 | 363.91 | 8,428.47 |
| 01/08 | 7.976.40 | 25.50 | 361.00 | 8,362.90 |
| 02/08 | 6,850.32 | 21.19 | 310.10 | 7,181.61 |
| | | | | **54,440.46** |

5.      When contribution reports are not paid on time, the contract imposes a fifteen

liquidated damages assessment for all funds, excluding LPC and Dues Checkoff.  I have

computed this amounts to be owed, based on examination of the reports listed in paragraph 4, to

be $6,592.24 for September, 2007 through December, 2007 and February, 2008 reports and

$797.64 for the January,2008 report for a total of $7,389.88.

6.      The total owed based on the amounts listed in paragraphs 4 and 5 is $61,830.34.

7.      In April, 2008, DAVID ALLARD paid $12.000.00 for the reports.  After

crediting the payment, $49,830.84 remains unpaid.

8.      To this amount must be added unpaid liquidated damages for reports beginning

with the work month of April 2006 through August, 2007 that total $6,939.50, Exhibit B.

9.      The total amount due and owing by DAVID ALLARD is $56,770.34.

10.     I am competent to testify to the truth of the foregoing statements.

*Angela Gunder*

Angela Gunder

Subscribed to and sworn before me this _10_ day July 2008.

*Julie A Tate*

NOTARY PUBLIC

OFFICIAL SEAL
JULIE A TATE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/10

# Exhibit A

# CHICAGO PAINTERS AND DECORATORS

**WELFARE · PENSION · DEFERRED SAVINGS · J.A.T.C. · I.A.F. · SCHOLARSHIP · J.C.T.F. · PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-OF**
1000 BURR RIDGE PARKWAY · SUITE 200 · BURR RIDGE, IL 60527 · 630-960-5572 630-960-5572

DAVID ALLARD PAINTING CO.
2413 ESSINGTON ROAD
JOLIET, IL 60436

TO THE EMPLOYER: LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBERS
YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DISTRI
COUNCIL NO. 14. IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EMP
PLEASE SHOW "TERM" IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE I
LISTED BELOW, PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST A
INDICATE THEIR HOURS WORKED.

PHONE NO.

ACCOUNT NO.
3001C

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | PERIOD ENDING FOR THIS I |
|---|---|---|---|---|---|
| ALLARD, JOHN J | 194 | 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 | 120 | 4,248.00 | Month / Day |
| ALLARD, MARK R | 194 | 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 | 80 | 2,832.00 | 09  30 2007 |
| SELLERS STEVE | 863 | 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 | 120 | 4,248.00 | |
| CASCIO, RUSSELL C | 194 | 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 | 80 | 2,832.00 | |
| BARRICA, ISIDRO | 521 | 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 | 112 | 3,964.80 | |
| PEREZ, CARLOS | 33 | 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 | 96 | 3,398.40 | |

**VERY IMPORTANT:**
USE "P" FORM FOR PAINTI
USE "T" FORM FOR TAPE
USE "33" FORM FOR LOCA
USE "W" FORM FOR WOODFIN
USE "S" FORM FOR SIGN PAI

This Report must reflect a
hours worked, both regul
and overtime, during the
reported. Submit to Fund O
or before the 20th day of t
month.

Social Security nun
shown must be cor

IF NO EMPLOYEES WO
DURING THIS MON
MARK NONE

☐ NONE

$ 9,969.98

| | TOTAL HOURS THIS REPORT | 608 | 21,523.20 | |

**Mail checks to: Chicago Painters & Decorators Funds · 3182 Paysphere Circle · Chicago, Illinois 60674-3182**
**NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH FUND**

| | | HOURS | | RATE | | TOTAL |
|---|---|---|---|---|---|---|
| PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY | CHICAGO PAINTERS AND DECORATORS WELFARE FUND... | 608 | @ | 6.550 | per hour | 3,982.40 |
| | CHICAGO PAINTERS AND DECORATORS PENSION FUND... | 608 | @ | 7.400 | per hour | 4,499.20 |
| | CHICAGO PAINTERS AND DECORATORS SAVINGS FUND ... | 608 | @ | 1.000 | per hour | 608.00 |
| | CHICAGO PAINTERS AND DECORATORS J.A.T.C. FUND (includes LMCF $.05 and LAAP JATC $.05) | 608 | @ | .520 | per hour | 316.16 |
| | INDUSTRY ADVANCEMENT FUND ................................ | 608 | @ | .110 | per hour | 66.88 |
| | CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND | 608 | @ | .050 | per hour | 30.40 |
| | JOINT COOPERATION TRUST FUND ........................... | 608 | @ | .010 | per hour | 6.08 |
| | L.P.C. LOCAL POLITICAL COMMITTEE ....................... | 608 | @ | .050 .05 per hour | 30.40 |
| | PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 21,523.20 | @ | 2.000% | Gross Wages Total | 430.46 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in its employ represented for collec
bargaining by Painters District Council No. 14 and its constituent locals. In addition, the employer hereby agrees to be bound to the terms of the current Collective Bargaining Agreement exec
between Painters District Council No. 14, and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust Agreement now
ing the Chicago Painters and Decorators Welfare, Pension, Deferred Sa

# CHICAGO PAINTERS AND DECORATORS

WELFARE · PENSION · DEFERRED SAVINGS · J.A.T.C. – I.A.F. · SCHOLARSHIP · J.C.T.F. · PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-
1000 BURR RIDGE PARKWAY · SUITE 200 · BURR RIDGE, IL 60527 · 630-960-5572 630-960-55

DAVID ALLARD PAINTING CO.
2413 ESSINGTON ROAD
JOLIET, IL 60435

TO THE EMPLOYER LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMB
YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DI
COUNCIL NO. 14. IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR I
PLEASE SHOW "TERM" IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO A
LISTED BELOW PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LI
INDICATE THEIR HOURS WORKED.

PHONE NO.                                          ACCOUNT NO
                                                   0001L

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | PERIOD ENDING FOR TH |
|---|---|---|---|---|---|
| ALLARD, MARK R | 194 | 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 | 140 | 1,416.00 | |
| ALLARD, JOHN J | 194 | 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 | 120 | 4,248.00 | |
| SELLERS, STEVE | 863 | 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 | 160 | 5,664.00 | |
| BARAIGA, ISIDRO | 521 | 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 | 96 | 3,398.40 | VERY IMPORTA |
| PEREZ, CARLOS | 33 | 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 | 48 | 1,699.20 | USE "H" FORM FOR PA |
| CASCIO, RUSSELL C | 194 | 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 | 72 | 2,548.80 | |

TOTAL HOURS THIS REPORT  536   18974.40

Make checks to: Chicago Painters & Decorators Funds · 3182 Paysphere Circle · Chicago, Illinois 60674-3
NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH FUND.

| | | HOURS | | RATE | | TOTAL |
|---|---|---|---|---|---|---|
| | CHICAGO PAINTERS AND DECORATORS WELFARE FUND | 536 | @ | 6.550 | per hour | 3,510.80 |
| PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY | **CHICAGO PAINTERS AND DECORATORS PENSION FUND** | 536 | @ | 7.400 | **per hour** | **3,966.40** |
| | CHICAGO PAINTERS AND DECORATORS SAVINGS FUND | 536 | @ | 1.000 | per hour | 536.00 |
| | CHICAGO PAINTERS AND DECORATORS J.A.T.C. FUND (includes LMCF $.05 and ISRP-PATC $.05) | 536 | @ | | per hour | 278.72 |
| | INDUSTRY ADVANCEMENT FUND | 536 | @ | .110 | per hour | 58.96 |
| | CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND | 536 | @ | .050 | per hour | 26.80 |
| | JOINT COOPERATION TRUST FUND | 536 | @ | .010 | per hour | 5.36 |
| | L.P.C. LOCAL POLITICAL COMMITTEE | 536 | @ | .05 per hour | | 26.80 |
| | PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 18,974.40 | @ | 2.000% | Gross Wages Total × 2% Rate | 379.49 |

EMPLOYER'S WARRANTY AND ACCEPTANCE. The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in its employ representing for co
bargaining by Painters District Council No. 14 and its constituent locals. In addition, the employer hereby agrees to be bound to the terms of the current Collective Bargaining Agreement ex
between Painters District Council No. 14 and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust Agreement c
ing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement, Scholarship and Joint Cooperation Trust Funds, and accepts all of the
thereof with the intention of providing benefits to its workers.

$ 8789.33

# CHICAGO PAINTERS AND DECORATORS

### WELFARE - PENSION - DEFERRED SAVINGS - J.A.T.C. - I.A.F. - SCHOLARSHIP - J.C.T.F. - PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-OF

**1000 BURR RIDGE PARKWAY • SUITE 200 • BURR RIDGE, IL 60527 • 630-960-5572**

1-630-960-5572

DAVID ALLARD PAINTING CO.
2413 ESSINGTON ROAD
JOLIET, IL 60436

TO THE EMPLOYER: LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBERS
YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DISTR
COUNCIL NO. 14. IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EMP
PLEASE SHOW "TERM" IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE I
LISTED BELOW, PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST A
INDICATE THEIR HOURS WORKED.

PHONE NO.

ACCOUNT NO.

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | PERIOD ENDING FOR THIS |
|---|---|---|---|---|---|
| ALLARD, JOHN L. | 194 | 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 | 120 | 4,248.00 | Month 10  Day 30  2007 |
| SELLERS, STEVE | 463 | 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 | 184 | 6,513.60 | |
| ALLARD, MARK R | 194 | 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 | 80 | 2,832.00 | |
| CASCIO, RUSSELL C | 194 | 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 | 176 | 6,230.40 | |
| BARRIGA, ISIDRO | 521 | 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 | 180 | 6,372.00 | |
| PEREZ, CARLOS | 33 | 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 | 192 | 6,796.80 | |
| OSCANO, JESUS | 273 | 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 | 72 | 2,548.80 | |
| CARBAJOL, LUIS | 33 | 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 | 16 | 566.40 | |

**VERY IMPORTANT:**
USE "P" FORM FOR PAINT
USE "T" FORM FOR TAPE
USE "33" FORM FOR LOCA
USE "W" FORM FOR WOODFIN
USE "S" FORM FOR SIGN PAI

This Report must reflect al
hours worked, both regul
and overtime, during the
reported. Submit to Fund O
or before the 20th day of I
month.

**Social Security nur
shown must be cor**

IF NO EMPLOYEES WO
DURING THIS MON
MARK NONE

☐ NONE

$16,725.96

| | TOTAL HOURS THIS REPORT | 1,020 | 36,108.00 | |

## Mail checks to: Chicago Painters & Decorators Funds • 3182 Paysphere Circle • Chicago, Illinois 60674-3182
### NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH FUND

| | | HOURS | | RATE | | TOTAL |
|---|---|---|---|---|---|---|
| PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY | CHICAGO PAINTERS AND DECORATORS WELFARE FUND | 1,020 | @ | 6.550 | per hour | 6,681.00 |
| | CHICAGO PAINTERS AND DECORATORS PENSION FUND | 1,020 | @ | 7.400 | per hour | 7,548.00 |
| | CHICAGO PAINTERS AND DECORATORS SAVINGS FUND | 1,020 | @ | 1.000 | per hour | 1,020.00 |
| | CHICAGO PAINTERS AND DECORATORS JAAC FUND (§.05) | 1,020 | @ | .520 | per hour | 530.40 |
| | INDUSTRY ADVANCEMENT FUND | 1,020 | @ | .110 | per hour | 112.20 |
| | CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND | 1,020 | @ | .050 | per hour | 51.00 |
| | JOINT COOPERATION TRUST FUND | 1,020 | @ | .010 | per hour | 10.20 |
| | L.P.C. LOCAL POLITICAL COMMITTEE | 1,020 | @ | .050 | $.05 per hour | 51.00 |
| | PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 36,108.00 | | 2.000 | Gross Wages Total x 2% Rate | 722.16 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all workman in its employ represented for collec
bargaining by Painters District Council No. 14 and its constituent locals. In addition, the employer hereby agrees to be bound to the terms of the current Collective Bargaining Agreement exect
between Painters District Council No. 14, and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust Agreement gov
ing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement, Scholarship and Joint Cooperation

FROM
16302574115

Case 1:08-cv-01504   Document 11-2   Filed 07/14/2008   Page 8 of 13

(THU) JUL 10 2008 13/49/ST. 13:48/No. 7500000791 P  8
CITGO
08.27.08 a.m    03-03-2008
3/4

# CHICAGO PAINTERS AND DECORATORS

**WELFARE - PENSION - DEFERRED SAVINGS - J.A.T.C. – I.A.F. · SCHOLARSHIP - J.C.T.F. · PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-OF**

1000 BURR RIDGE PARKWAY · SUITE 200 · BURR RIDGE, IL 60527 · 630-960-5572

1-630-960-5572

DAVID ALLARD PAINTING CO.
2413 ESSINGTON ROAD
JULIET, IL 60436

TO THE EMPLOYER: LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBERS
YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DISTR
COUNCIL NO. 14 IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EMP
PLEASE SHOW "TERM" IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE
LISTED BELOW, PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST
INDICATE THEIR HOURS WORKED.

PHONE NO.                                    ACCOUNT NO.

30810

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | PERIOD ENDING FOR THIS |
|---|---|---|---|---|---|
| ALLARD JOHN J. | 194 | 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 | 120 | 4,248.00 | Month   Day |
| SELLERS STEVE | 463 | 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 | 128 | 4,531.20 | 11   30   2007 |
| CASCIO, RUSSELL C | 194 | 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 | 158 | 5,593.20 | |
| BARRIGA, ISIDRO | 521 | 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 | 96 | 3,398.40 | |
| PEREZ, CARLOS | 33 | 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 | 136 | 4,814.40 | |
| TUSCANO  JESUS | 273 | 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 | 128 | 4,531.20 | |

**VERY IMPORTANT:**
USE "P" FORM FOR PAINTI
USE "T" FORM FOR TAPE
USE "33" FORM FOR LOCA
USE "W" FORM FOR WOODFIN
USE "S" FORM FOR SIGN PAI

This Report must reflect al
hours worked, both regul
and overtime, during the
reported. Submit to Fund O
or before the 20th day of t
month.

**Social Security nur
shown must be cor**

IF NO EMPLOYEES WC
DURING THIS MON
MARK NONE

☐ NONE

$ 12,560.87

| | TOTAL HOURS THIS REPORT | 766 | 27,116.40 |
|---|---|---|---|

**Mail checks to: Chicago Painters & Decorators Funds · 3182 Paysphere Circle · Chicago, Illinois 60674-3182**

**NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH FUND**

| | | HOURS | | RATE | | TOTAL |
|---|---|---|---|---|---|---|
| PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY | CHICAGO PAINTERS AND DECORATORS WELFARE FUND | 766 @ | | 6.550 | per hour | 5,017.30 |
| | CHICAGO PAINTERS AND DECORATORS PENSION FUND | 766 @ | | 7.400 | per hour | 5,668.40 |
| | CHICAGO PAINTERS AND DECORATORS SAVINGS FUND | 766 @ | | 1.000 | per hour | 766.00 |
| | CHICAGO PAINTERS AND DECORATORS J.A.T.C. FUND 6.05 | 766 @ | | .520 | per hour | 398.32 |
| | INDUSTRY ADVANCEMENT FUND | 766 @ | | .110 | per hour | 84.26 |
| | CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND | 766 @ | | .050 | per hour | 38.30 |
| | JOINT COOPERATION TRUST FUND | 766 @ | | .010 | per hour | 7.66 |
| | L.P.C. LOCAL POLITICAL COMMITTEE | 766 @ | | .050 | $.05 per hour | 38.30 |
| | PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 27,116.40 @ | | x 2% Rate | 2.000 Gross Wages Total | 542.33 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in its employ represented for collec
bargaining by Painters District Council No. 14 and its constituent locals. In addition, the employer hereby agrees to be bound to the terms of the current Collective Bargaining Agreement exec
between Painters District Council No. 14, and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust Agreement gover
ing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement,

# CHICAGO PAINTERS AND DECORATORS

**WELFARE · PENSION · DEFERRED SAVINGS · J.A.T.C. – I.A.F. · SCHOLARSHIP · J.C.T.F. · PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-O**

1000 BURR RIDGE PARKWAY · SUITE 200 · BURR RIDGE, IL 60527 · 630-960-5572

1-630-960-5572

DAVID ALLARD PAINTING CO.
2413 ESSINGTON ROAD
JOLIET, IL 60436

*TO THE EMPLOYER:* LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBER
YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DIST
COUNCIL NO. 14. IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EM
PLEASE SHOW "TERM" IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE
LISTED BELOW, PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST
INDICATE THEIR HOURS WORKED.

**PHONE NO.**    **ACCOUNT NO.** 3001 C

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | PERIOD ENDING FOR THIS |
|---|---|---|---|---|---|
| ALLARD JOHN J. | 194 | 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 | 120 | 4,248.00 | Month 12   Day 31 2007 |
| SELLERS STEVE | 33 | 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 | 144 | 5,097.60 | |
| ALLARD, MARK R | 194 | 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 | 80 | 2,832.00 | |
| CASCIO, RUSSELL C | 194 | 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 | 146 | 5,168.40 | |
| PEREZ, CARLOS | 33 | 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 | 24 | 849.60 | |

VERY IMPORTANT

USE "P" FORM FOR PAINT
USE "T" FORM FOR TAPE
USE "33" FORM FOR LOC
USE "W" FORM FOR WOODFI
USE "S" FORM FOR SIGN PA

This Report must reflect a
hours worked, both regu
and overtime, during the
reported. Submit to Fund C
or before the 20th day of
month.

Social Security nu
shown must be co

IF NO EMPLOYEES WO
DURING THIS MON
MARK NONE

[ ] NONE

$ 8,412.57

| | TOTAL HOURS THIS REPORT | 514 | 18,195.60 |
|---|---|---|---|

**Mail checks to: Chicago Painters & Decorators Funds · 3182 Paysphere Circle · Chicago, Illinois 60674-3182**

**NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH FUND.**

| | | HOURS | | RATE | | TOTAL |
|---|---|---|---|---|---|---|
| PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY | CHICAGO PAINTERS AND DECORATORS WELFARE FUND | 514 | @ | 6.550 | per hour | 3,366.70 |
| | **CHICAGO PAINTERS AND DECORATORS PENSION FUND** | 514 | @ | 7.400 | per hour | 3,803.60 |
| | CHICAGO PAINTERS AND DECORATORS SAVINGS FUND | 514 | @ | 1.000 | per hour | 514.00 |
| | CHICAGO PAINTERS AND DECORATORS (J.A.T.C. FUND $.05) | 514 | @ | .520 | per hour | 267.28 |
| | INDUSTRY ADVANCEMENT FUND | 514 | @ | .110 | per hour | 56.54 |
| | CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND | 514 | @ | .050 | per hour | 25.70 |
| | JOINT COOPERATION TRUST FUND | 514 | @ | .010 | per hour | 25.14 |
| | L.P.C. LOCAL POLITICAL COMMITTEE | 514 | @ | .050 | $.05 per hour | 25.70 |
| | PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 18,195.60 | @ | 2.000 | Gross Wages Total x 2% Rate | 363.91 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in its employ represented for collec
bargaining by Painters District Council No. 14 and its constituent locals. In addition, the employer hereby agrees to be bound to the terms of the current Collective Bargaining Agreement exec
between Painters District Council No. 14, and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust Agreement gov
ing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement, Scholarship...

# CHICAGO PAINTERS AND DECORATORS

**WELFARE - PENSION - DEFERRED SAVINGS - J.A.T.C. - I.A.F. - SCHOLARSHIP - J.C.T.F. - PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-OFF**

1000 BURR RIDGE PARKWAY • SUITE 200 • BURR RIDGE, IL 60527 • 630-960-5572 • 630-960-5578

DAVID ALLARD PAINTING CO.
2413 ESSINGTON ROAD
JOLIET, IL 60436

TO THE EMPLOYER: LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBERS OF YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DISTRIC COUNCIL NO 14 IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EMPLO PLEASE SHOW "TERM" IN THE HOUR COLUMN
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE NO LISTED BELOW, PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST AN INDICATE THEIR HOURS WORKED.

FRODE NO.                    3001C

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | | | |
|---|---|---|---|---|---|---|---|
| ALLARD  JOHN J. | 194 | 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 | 120 | 6,248.00 | | | |
| SELLERS  STEVE | 863 | 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 | 176 | 6,730.40 | 01 | 31 | 20 |
| OXIO,  RUSSELL C. | 194 | 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 | 174 | 6,159.60 | | | |
| LLARD,  MARK R | 194 | 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 | 40 | 1,416.00 | | | |

This Report must reflect all a
hours worked, both regular
and overtime, during the m
reported. Submit to Fund Offi
or before the 20th day of the
month.

$8,362.48 + 1596 - 1254.87    $9,616.85

TOTAL HOURS THIS REPORT    510    18,054.00

IF NO EMPLOYEES WORK
DURING THIS MONTH,
MARK NONE

☐ NONE

Mail checks to: Chicago Painters & Decorators Funds • 2130 Sycamore Circle • Chicago
NOTE: LOCAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH F

| | | HOURS | RATE | | TOTAL |
|---|---|---|---|---|---|
| PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY | CHICAGO PAINTERS AND DECORATORS WELFARE FUND... | 510 @ | 6.550 | per hour | 3,340.50 |
| | CHICAGO PAINTERS AND DECORATORS PENSION FUND... | 510 @ | 7.400 | per hour | 3,774.00 |
| | CHICAGO PAINTERS AND DECORATORS SAVINGS FUND... | 510 @ | 1.000 | per hour | 510.00 |
| | CHICAGO PAINTERS AND DECORATORS J.A.T.C. FUND $.05 | 510 @ | .520 | per hour | 265.20 |
| | INDUSTRY ADVANCEMENT FUND | 510 @ | .110 | per hour | 56.10 |
| | CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND | 510 @ | .050 | per hour | 25.50 |
| | JOINT COOPERATION TRUST FUND | 510 @ | .010 | per hour | 5.10 |
| | L.P.C. LOCAL POLITICAL COMMITTEE | 510 @ | .050 | $.05 per hour | 25.50 |
| | PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 18,054.00 | 2.000 | Gross Wages Total | 861.08 |
| | | | x 2% Rate | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in its employ represented for collective bargaining by Painters District Council No 14 and its constituent locals. In addition, the employer hereby agrees to be bound to the terms of the current Collective Bargaining Agreement executed between Painters District Council No 14, and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust Agreement govern-ing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement, Scholarship and Joint Cooperation Trust Funds, and accepts all of the terms thereof with the intention of providing benefits to its workmen.

# CHICAGO PAINTERS AND DECORATORS

### WELFARE - PENSION - DEFERRED SAVINGS - J.A.T.C. - I.A.F. - SCHOLARSHIP - J.C.T.F. - PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-OFF
1000 BURR RIDGE PARKWAY • SUITE 200 • BURR RIDGE, IL 60527 • 630-960-5572

TO THE EMPLOYER: LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBERS OF YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DISTRICT COUNCIL NO. 14. IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EMPLOY PLEASE SHOW 'TERM' IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE NOT LISTED BELOW, PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST AND INDICATE THEIR HOURS WORKED.

PHONE NO. _____  ACCOUNT NO. _____

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES | | | |
|---|---|---|---|---|---|---|---|
|  | 193 |  | 120 | 4,248.00 |  |  |  |
|  | 363 |  | 150 | 5,310.00 | 02 | 28 | 200 |
| ASCIO, RUSSELL C. | 194 | 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 | 168 | 5,947.20 |  |  |  |

This Report must reflect all hours worked, both regular and overtime, during the reported. Submit to Fund Off or before the 20th day of th month.

IF NO EMPLOYEES WO DURING THIS MONT MARK NONE

☐ NONE

$ 7,180.90 +15% - 1,077.14 = ⟨8,258.04⟩

TOTAL HOURS THIS REPORT  438  15,505.20

Mail checks to: Chicago Painters & Decorators Funds • 3182 Paysphere Circle • Chicago, _____
NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EA___

| | HOURS | | RATE | | TOTAL |
|---|---|---|---|---|---|
| CHICAGO PAINTERS AND DECORATORS WELFARE FUND | 438 | @ | 6.553 | per hour | 2,869.70 |
| CHICAGO PAINTERS AND DECORATORS PENSION FUND | 438 | @ | | per hour | 3,241.20 |
| CHICAGO PAINTERS AND DECORATORS SAVINGS FUND | 438 | @ | | per hour | 437.00 |
| CHICAGO PAINTERS AND DECORATORS J.A.T.C. FUND | 438 | @ | | per hour | 227.76 |
| INDUSTRY ADVANCEMENT FUND | 438 | @ | | per hour | 48.18 |
| CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND | 438 | @ | | per hour | 21.19 |
| JOINT COOPERATION TRUST FUND | 438 | @ | | | 4.38 |
| L.P.C. LOCAL POLITICAL COMMITTEE | 438 | @ | | .05 per hour | 21.19 |
| PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 15,505.20 | | x 2% Rate | | Gross Wages Total 310.10 |

PLEASE MAKE CHECKS PAYABLE TO EACH FUND SEPARATELY

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in its employ represented for collec bargaining by Painters District Council No. 14 and its constituent locals. In addition, the employer hereby agrees to be bound to the terms of the current Collective Bargaining Agreement exec between Painters District Council No. 14, and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust Agreement gov ing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement, Scholarship and Joint Cooperation Trust Funds, and accepts all of the te thereof with the intention of providing benefits to its workmen.

# Exhibit B

FROM (THU) JUL 10 2008 13:50/ST. 13:49/No. 6100900791 P 13

THOMAS PAINTERS & DECORATORS
PENSION & WELFARE STATUS REPORT
R & GED    DELIQUS DET

DATE 7/10/2008
PAGE 1

| EMPLOYEE NAME | REQUIRED NUMBER | CERT MTR | ORIGINAL RECEIPT | RECEIPT DATE | CONTRIBUTION AMOUNT | CHARGE EFF OUT | REQUIRED TYPE NUMBER | LATE TYPE |
|---|---|---|---|---|---|---|---|---|
| DAVID ALLARD PAINTING CO. | | | | | | | | |

GRAND TOTALS



4039.50

Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS et al, | ) | |
| et al, | ) | |
| | ) | 08 C 1504 |
| Plaintiffs, | ) | |
| vs. | ) | Judge Castillo |
| | ) | |
| DAVID ALLARD, Individually and d/b/a DAVID | ) | |
| ALLLARD PAINTING COMPANY, a putative Illinois | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>AFFIDAVIT OF OLGA KANE</u>**

I, Olga Kane, being first duly sworn on oath, state as follows:

1.      I have been employed by the law firm of Arnold and Kadjan, counsel to Plaintiffs,

for over ten years.

2.      One of my duties is to monitor all contractors that are paying delinquent fringe

benefit contributions and other charges on installment note programs.

3.      This process includes receiving and accounting for all payments made thereon and

computing a running tally of the remaining balances for each contractor.

4.      Attached hereto as Exhibit A is a copy of the installment note executed by

DAVID ALLARD PAINTING COMPANY, and DAVID ALLLARD   to pay certain fringe

benefits and other charges arising under ERISA.

5.      The defendants defaulted on the installment note by failing to make the payment

that were due on March 15, 2008, and by failing to make its monthly fringe benefit contributions

as they became due for the work months of October, 2007 through the present.

6.      Upon default, the balance becomes due and owing.  The principal sum of

the installment note was for $84,287.98. The defendants paid a total of $47,414.42 on the note,

leaving a balance of principal of $36,873.56. See my ledger attached as Exhibit B.

7.      Upon default interest accrues on the balance at the rate of eighteen percent per

annum which totals $6,637.24 (36,873.56 x .18), which comes to $18.18 per day (6,637.24

divided by 365).

8.      One hundred fifteen days have passed since the date of default (March 15, 2008),

and the date for the presentment of this Motion, resulting in an additional $2,090.70 owed (115

times 18.18).

9.      The total due and owing by defendants is $38.964.26, consisting of $36,873.56 in

principal and $2,090.70 in accrued interest.

FURTHER AFFIANT SAYETH NOT.

_____
OLGA KANE

SUBSCRIBED AND SWORN TO BEFORE ME THIS _14th_ DAY OF _July_, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11

Exhibit A

t&j                          FAX NO. :18154391091        Nov. 22 2006 08:05AM P1
11-15-'06 15:03 FROM-Arnold & Kadjan

## INSTALLMENT NOTE

**($96,455.88)**                                        November 15, 2006

For Value Received, the undersigned promises to pay to the order of **Chicago Painters and Decorators Fringe Benefit Funds** the principal sum of **Eighty Four Thousand Two Hundred Eighty Seven and 98/100 ($84,287.98)** Dollars, payable in installments as follows:

Nine Thousand Dollars and 00/100 ($9,000.00) on or before the 15th day of November, 2006; Two Thousand Four Hundred Twenty Nine and 33/100 Dollars ($2,429.33) on the 15th day of each month beginning on the 15th day of December, 2006; and on the 15th of each month for 34 month succeeding; and a final payment of Two Thousand Four Hundred Twenty Nine and 33/100 ($2,429.33) on the 15th day of , 2009, with interest on the balance of principal remaining from time to time unpaid at the rate of **10%** per annum, payable on the due dates for installments of principal as aforesaid.

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of 18% per annum. Payments of both principal and interest shall be delivered to Arnold and Kadjan, 19 West Jackson Boulevard, Suite 300, Chicago, Illinois 60604 or such other place as the legal holder hereof may from time to time in writing appoint.

At the election of the payee or legal holder hereof and without notice, the principal sum remaining unpaid hereon, together with accrued interest thereon, shall become at once due and payable at the place of payment aforesaid in case of default in the payment, when due, of any installment or principal or interest, or any portion thereof, in accordance with the terms hereof. **Any failure to pay current fringe benefits as they become due shall constitute a default of this Note.** In the event of default, the payee or legal holder hereof shall be entitled to reasonable costs of collection, including reasonable attorney's fees.

The undersigned hereby authorizes, irrevocably, any attorney of any Court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof. If this Note is signed by more than one person, the obligations and authorizations hereunder shall be joint and several. All parties hereto severally waive presentment for payment, notice of dishonor and protest.

The makers of this Note acknowledge the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income Security Act, 29 U.S.C. 1145.

For: Audits 2003 through May, 2006, including liquidated damages

DAVID ALLARD PAINTING COMPANY.            David Allard, Individually
by David Allard, president
5050-1996, 2413 Essington Rd., Joliet, IL 60435 (847)812-8898; 439-1091

Exhibit B

**David Allard Painting, Co.**       **5050-1996**       **Painters & Decorators**
**2413 Essington Road**
**Joliet, IL 60435**                                      **JRA**
**(847) 812-8898**
**David Allard, President**

Owe: Principal $84,287.98   Interest$12,167.90   Total Due $96,455.88
For: Audits 2003 through May, 2006, including liquidated damages.

$96,455.88

| DUE DATE | AMT. DUE | DATE REC. | AMT REC'D | CHECK # | | BALANCE |
|----------|----------|-----------|-----------|---------|---|---------|
| 8/15/2006 | $5,060.00 | 5/15/2006 | $5,060.00 | 3018 | | $91,395.88 |
| 9/15/2006 | $2,088.45 | 7/20/2006 | $2,088.45 | 3056 | | $89,307.43 |
| 10/15/2006 | $2,088.45 | 7/20/2006 | $2,088.45 | 3057 | | $87,218.98 |
| 11/15/2006 | $2,088.45 | 8/22/2006 | $2,088.45 | 3082 | | $85,130.53 |
| 12/15/2007 | $2,088.45 | 10/25/2006 | $2,088.45 | 3091 | | $83,042.08 |
| 1/15/2007 | $2,429.33 | 3/30/2007 | 2,429.33 | 3177 | B | $80,612.75 |
| 2/15/2007 | $2,429.33 | 3/6/2007 | 2,358.66 | 3147 | B | 78,254.09 |
| 3/15/2007 | $2,429.33 | 1/23/2007 | 2,500.00 | 3135 | B | 75,754.09 |
| 4/15/2007 | $2,429.33 | 4/25/2007 | 2,429.33 | 3185 | B | 73,324.76 |
| 5/15/2007 | $2,429.33 | 5/30/2007 | 2,429.33 | 3204 | B | 70,895.43 |
| 6/15/2007 | $2,429.33 | 6/15/2007 | 2,429.33 | 3217 | B | 68,466.10 |
| 7/15/2007 | $2,429.33 | 7/30/2007 | 2,429.33 | 3227 | B | 66,036.77 |
| 8/15/2007 | $2,429.33 | 8/16/2007 | 2,429.33 | 3235 | B | 63,607.44 |
| 9/15/2007 | $2,429.33 | 9/13/2007 | 2,429.33 | 3246 | B | 61,178.11 |
| 10/15/2007 | $2,429.33 | 10/15/2007 | 2,429.33 | 3253 | | 58,748.78 |
| 11/15/2007 | $2,429.33 | 11/16/2007 | 2,429.33 | 3264 | | 56,319.45 |
| 12/15/2007 | $2,429.33 | 12/18/2007 | 2,429.33 | 3283 | | 53,890.12 |
| 1/15/2008 | $2,429.33 | 1/23/2008 | 2,429.33 | 3293 | | 51,460.79 |
| 2/15/2008 | $2,429.33 | 2/21/2008 | 2,429.33 | 3300 | | 49,031.46 |
| 3/15/2008 | $2,429.33 | | | | | 49,031.46 |
| 4/15/2008 | $2,429.33 | | | | | 49,031.46 |
| 5/15/2008 | $2,429.33 | | | | | 49,031.46 |
| 6/15/2008 | $2,429.33 | | | | | 49,031.46 |
| 7/15/2008 | $2,429.33 | | | | | 49,031.46 |
| 8/15/2008 | $2,429.33 | | | | | 49,031.46 |
| 9/15/2008 | $2,429.33 | | | | | 49,031.46 |

Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE CHICAGO PAINTERS AND )
DECORATORS PENSION FUND, et al,         )       08 C 1504
                                       )
                Plaintiffs,       )       Judge Castillo
    vs.                              )
DAVID ALLARD, individually and d/b/a     )       Magistrate Judge Ashman
DAVID ALLARD PAINTING COMPANY, a    )
putative Illinois corporation,               )
                      Defendants.     )

## JUDGMENT ORDER

       This cause, coming to be heard upon Plaintiffs' Motion to Reinstate and for Entry of
Judgment, all parties having notice,

       IT IS HEREBY ORDERED THAT:

       A.       The case is reinstated and the defendants are in default.

       B.       Final judgment is entered in favor of Plaintiffs and against the Defendants
DAVID ALLARD, individually and DAVID ALLARD PAINTING COMPANY on Count I of
the Complaint in the amount of $56,770.34, The judgment amount is limited to amounts owed on
contribution reports from September 2007 through February 2008 and for liquidated damages
from June, 2006 through August 2007. Plaintiffs retain the right to audit and bring a separate
action for any amounts that may be owed for the audit period beginning April 1, 2006.

       C.       Final judgment is entered in favor of Plaintiffs and against the defendants DAVID
ALLARD, individually, and DAVID ALLARD PAINTING COMPANY in the amount of
$38,964.26 on Count II of the Complaint. The judgment amount is limited to the unpaid balance
due on the installment note for contributions dated November 15, 2006 for amounts owed
through May, 2006.

                       Enter:      _____

                                           Hon. Ruben Castillo

                       Date:       _____

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415