IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID ALLARD, Individually and d/b/a DAVID ALLARD PAINTING COMPANY, a private Illinois corporation <br> Defendants. | No. 08 C 1504 <br><br> Judge Castillo <br><br> Magistrate Judge Ashman |

### NOTICE OF MOTION

TO:    DAVID ALLARD            David Allard Painting Company
       2413 Essington Road     c/o its registered agent, David Allard
       Joliet, IL 60435              2413 Essington Road
                                           Joliet, IL 60435

         **PLEASE TAKE NOTICE** that on **July 22, 2008, at 9:45 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Castillo**, in the **Courtroom 2141** usually occupied by him/her in the Federal District Court, 219 S. Dearborn Street. Chicago, Illinois, and then and there move and present the attached Plaintiffs' Motion to Reinstate and for Entry of Judgment in a Sum Certain.

                                                Respectfully submitted,

                                                **TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al**

                                                By: s/ James R. Anderson
                                                      One of their Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008 I electronically filed the foregoing Notice of Motion and Plaintiffs' Motion to Reinstate and for Entry of Judgment in a Sum Certain with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

| | |
|---|---|
| DAVID ALLARD<br>2413 Essington Road<br>Joliet, IL 60435 | David Allard Painting Company<br>c/o its registered agent, David Allard<br>2413 Essington Road<br>Joliet, IL 60435 |

**s/James R. Anderson**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: July 14, 2008