UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Trustees of the Chicago Painters and Decorators Pension Fund Plaintiff

vs.

DAVID ALLARD PAINTING

Case 08C 1504

Judge Ruben Castillo

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DAVID ALLARD, individually,
DAVID ALLARD PAINTING COMPANY

| SIGNATURE Scott L. Mitzner | FILED JUL 2 2 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
|---|---|
| FIRM Scott L. Mitzner Ltd. | |
| STREET ADDRESS P.O. Box 677 | |
| CITY/STATE/ZIP Hinsdale, Illinois 60522 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1934759 | TELEPHONE NUMBER 630 968 9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐  N/A |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | N/A |