# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Trustees Of The Chicago Painters and Decorators Pension Welfare Savings Apprenticeship Scholarship and Joint Cooperation Trust Funds

                                    Plaintiff,

v.                                            Case No.: 1:08–cv–01504

                                          Honorable Ruben Castillo

Davis Allard Painting Company, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 8/28/2008. Plaintiffs' motion to reinstate and for entry of judgment in sum certain [11] is entered and continued to 9/23/2008 at 9:45 a.m. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.